IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| REGINA RAUB | : | CIVIL ACTION |
| v. | : | |
| US AIRWAYS, INC. and UNITED STATES OF AMERICA | : | NO. 16-1975 |

## **O R D E R**

AND NOW, this 19th day of June, 2017, upon consideration of plaintiff Regina Raub's Motion to Compel (Doc. No. 29), defendant US Airways, Inc.'s ("US Airways") opposition thereto (Doc. No. 32), plaintiff's Reply Brief (Doc. No. 34), and US Airways' Surreply Brief (Doc. No. 36), and after oral argument held on June 19, 2017, and for the reasons stated in the accompanying Memorandum, it is hereby

**ORDERED**

that the Motion to Compel is **GRANTED IN PART** and **DENIED IN PART**. All documents ordered to be produced herein, except those related to complaints by other passengers in response to Request for Production No. 17, shall be produced by US Airways to plaintiff's counsel within ten (10) days from the date of this Order. Documents in response to Request for Production No. 17 shall be produced within thirty (30) days from the date of this Order.

BY THE COURT:

/s/ Thomas J. Rueter
THOMAS J. RUETER
United States Magistrate Judge