**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **REGINA RAUB,** | **CIVIL ACTION** |
| **Plaintiff,** | |
| **v.** | |
| **US AIRWAYS, INC., and** | **NO.  16-1975** |
| **UNITED STATES OF AMERICA,** | |
| **Defendants.** | |

## O R D E R

     **AND NOW**, this 7th day of November, 2017, upon consideration of Defendant US Airways, Inc.'s Motion for Sanctions for Plaintiff's Counsel's Violation of Rules of Professional Conduct 4.1 and 4.2 (Document No. 49, filed July 28, 2017), Plaintiff's Memorandum in Opposition to Defendant US Airways' Motion to Sanction Plaintiff's Counsel (Document No. 55, filed Aug. 11, 2017), Plaintiff's Supplemental Memorandum in Opposition to Defendant US Airways' Motion to Sanction Plaintiff's Counsel (Document No. 60, filed Sept. 11, 2017),  Plaintiff's Notice of Errata Re Plaintiff's Supplemental Memorandum in Opposition to Defendant US Airway's Motion to Sanction Plaintiff's Counsel (Document No. 61, filed Sept. 12, 2017), Reply Brief in Support of Defendant US Airways, Inc.'s Motion to Sanction Plaintiff's Counsel for Violations of Rules of Professional Conduct 4.1 and 4.2 (Document No. 63, filed Sept. 13, 2017), and Plaintiff's Second Notice of Errata Re Plaintiff's Supplemental Memorandum in Opposition to Defendant US Airway's Motion to Sanction Plaintiff's Counsel (Document No. 64, filed Sept. 13, 2017), for the reasons set forth in the accompanying Memorandum dated November 7, 2017, **IT IS ORDERED** that defendant US Airways Inc.'s Motion is **DENIED**.

                                                **BY THE COURT:**

                                                **/s/ Hon. Jan E. DuBois**
                                                ————————————————
                                                **DuBOIS, JAN E., J.**